Bobby Saadian, SBN 250377
classaction@wilshirelawfirm.com
Thiago M. Coelho, SBN 324715
thiago@wilshirelawfirm.com
Robert J. Dart, SBN 264060
rdart@wilshirelawfirm.com
**WILSHIRE LAW FIRM**
3055 Wilshire Blvd., 12th Floor
Los Angeles, California 90010
Telephone: (213) 381-9988
Facsimile: (213) 381-9989

*Attorneys for Plaintiff and Proposed Class*

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES FARR, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>BRISTOL FARMS, a California corporation; and DOES 1 to 10, inclusive,<br><br>　　　　　Defendants. | Case No.: 2:19-cv-05800-MWF-JC<br><br>*Assigned for all purposes to Michael W. Fitzgerald*<br><br>**NOTICE OF SETTLEMENT** |

1

NOTICE OF SETTLEMENT

Plaintiff James Farr ("Plaintiff"), hereby notifies the Court that the claims of Plaintiff have settled on an individual basis. A notice of dismissal of Plaintiff's individual claims in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(i) will be filed upon execution of a formal settlement agreement. Plaintiff reserves the right to reopen within thirty (30) days if a settlement is not finalized.

Dated: August 19, 2020                    **WILSHIRE LAW FIRM**

                                            By: */s/Thiago M. Coelho*
                                                  Thiago M. Coelho
                                                  Bobby Saadian
                                                  Robert Dart
                                                  *Attorneys for Plaintiff*

**WILSHIRE LAW FIRM, PLC**
3055 Wilshire Blvd, 12th Floor
Los Angeles, CA 90010-1137

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 19, 2020, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the Court's CM/ECF system, which sent notification to all counsel of record, who are deemed to have consented to electronic service via the CM/ECF system.

Dated: August 19, 2020                    */s/ Thiago M. Coelho*
                                                  Thiago M. Coelho